GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| WAYNE R. WAGNER | 10012-0 |
| wwagner@goodsill.com | |
| DEBORAH A. DICRISTOFARO | 11756-0 |
| ddicristofaro@goodsill.com | |

First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawai'i 96813
Telephone:  (808) 547-5600
Facsimile:  (808) 547-5880

Attorneys for Plaintiff
NAUTILUS INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>    vs.<br><br>C&C FARMLANDS LLC,<br><br>             Defendant. | CIVIL NO.  25-CV-00373-HG-KJM<br>(Declaratory Judgment)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff NAUTILUS INSURANCE COMPANY ("Plaintiff"), by and through its attorneys, Goodsill Anderson Quinn & Stifel, a Limited Liability Law Partnership

LLP, hereby enters a voluntary dismissal without prejudice of its Complaint for Declaratory Judgment against Defendant C&C FARMLANDS LLC ("Defendant"), filed on September 3, 2025.

This dismissal includes all of Plaintiff's claims against Defendant. Because Defendant has yet to file an answer or motion for summary judgment, Plaintiff submits that voluntary dismissal without prejudice is appropriate under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i).

DATED: Honolulu, Hawai'i, September 12, 2025.

/s/ *Wayne R. Wagner*
WAYNE R. WAGNER
DEBORAH A. DICRISTOFARO

Attorneys for Plaintiff
NAUTILUS INSURANCE COMPANY

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, September 15, 2025.

Helen Gillmor
United States District Judge

Nautilus Insurance Company v. C&C Farmlands LLC, 25-cv-00373-HG-KJM, Notice of Voluntary Dismissal; Order